```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

ROSA MARY JOHNSON, on behalf of
herself as heir and personal
representative of JOHN HENRY
BROWN, deceased, and on behalf of
all others entitled under this law
to recover                                              PLAINTIFF

VS.                       CIVIL ACTION NO. 5:07-cv-156(DCB)(JMR)

BEVERLY ENTERPRISES-MISSISSIPPI, INC.                   DEFENDANT


                       ORDER OF DISMISSAL

This cause having come before the Court on the parties' Joint Motion to Dismiss with Prejudice **(docket entry 13)**, and the Court finding the motion to be well taken; accordingly,

IT IS HEREBY ORDERED that the joint motion to dismiss is GRANTED, and this action is hereby DISMISSED WITH PREJUDICE.

SO ORDERED, this the 28th day of October, 2008.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE